IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHELLEY BAUM-BRUNNER | : | CIVIL ACTION |
| | : | |
| v. | : | No. 20-1514 |
| | : | |
| MARK MUNRO, et al. | : | |

## **ORDER**

AND NOW, this 29th day of October, 2020, the Court having dismissed pro se Plaintiff Shelley Baum-Brunner's Complaint without prejudice and granted her leave to file an amended complaint on or before October 21, 2020, and no amended complaint having been filed to date, it is ORDERED the Complaint (Document 1-2) is DISMISSED with prejudice.

The Clerk of Court is DIRECTED to mark this case closed.

BY THE COURT:


 /s/  Juan R. Sánchez
Juan R. Sánchez, C.J.